UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT JOHNSON,

    Plaintiff,

v().  Case No.: 2:23-cv-577-JES-KCD

J. GRANT, A. BROWN and
MATHEWSON,

    Defendants.
_____/

## OPINION AND ORDER

    Plaintiff Robert Johnson is litigating this action in forma pauperis, (Doc. 5), and he submitted the forms necessary to serve the defendants. Accordingly, the clerk is directed to prepare the service package for certified mailing to the special appointees at Charlotte Correctional Institution designated below. Each defendant's packet shall include the complaint (Doc. 1), the respective summons, and this order. The clerk shall notate the docket with the date the service packages were mailed. The court specially appoints **Lars Severson and/or Gloria Gal** to serve the defendants. *See* Fed. R. Civ. P. 4(c)(3).

    Within **14 days** after receipt of the service packages, Lars Severson and/or Gloria Gal shall serve the complaint, summons, and this order to the defendants at Charlotte Correctional Institution; complete and sign the return

of service forms; and return them (in the pre-addressed envelope provided) to the clerk as proof of service.

If any defendant is no longer employed at Charlotte Correctional Institution or is otherwise unable to be served, a special appointee shall complete and sign the return of service unexecuted for that defendant. If service is returned unexecuted, or if a return is not filed within 45 days from the date of this order, the clerk shall so note on the docket.

Each defendant shall have **60 days** from the date of service of process by a special appointee to answer or otherwise respond to the complaint.

**DONE** and **ORDERED** in Fort Myers, Florida on October 18, 2023.

_____
Kyle C. Dudek
United States Magistrate Judge

SA: FTMP-1

Copies:  All Parties of Record